UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA FOWLER

v.  Case No.: 8:12-cv-1080-T-24 AEP
 8:10-cr-65-T-24 AEP

UNITED STATES OF AMERICA

_____/

## ORDER

This cause is before the Court upon Petitioner Patricia Fowler's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. Section 2255 (CV Doc. No. 1). Petitioner has filed a "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," using the appropriate form required for such a motion filed by a person in federal custody. However, rather than filling out the form, Petitioner refers the Court to a brief attached to the form where she sets forth her claims for relief. This filing is insufficient.

Accordingly, the motion as filed is **DENIED WITHOUT PREJUDICE**. Petitioner is directed to re-file her Section 2255 motion, using the appropriate form, by ***June 15, 2012.*** Petitioner is directed to fill the form out completely, and she must set forth her claims for relief on the form itself. She may attach a brief where she argues, with citation to authority, why she believes that she is entitled to relief, but she must fill out the required form wherein she must identify her grounds for relief and state the specific facts that support her claim.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of May, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro se Petitioner